JORGENSON, Appellant, v. TIDRICK et al., Respondents.

(148 N. W. 18.)

**Appeal—Prosecution of Appeal—Failure to File Brief—Abandonment—Affirmance.**

> The record having been settled March 1, 1913, and appeal perfected April 9, 1913, and appellant having from that time to June 12, 1913, failed to file brief or take any steps relieving him from his default therein, when his order to show cause why he should not be relieved was denied, the appeal will be deemed abandoned, and judgment affirmed.

(Opinion filed July 13, 1914.)

Appeal from Circuit Court, Buffalo County. Hon. FRANK B. SMITH, Judge.

Action by Jorgen Jorgenson against C. D. Tidrick and others. From a judgment for defendants, and from an order denying a new trial, plaintiff appeals. The Supreme Court having, upon appellant's order to show cause why he should not be relieved from default in prosecuting his appeal, denied him such relief, the judgment and order appealed from are affirmed.

*B. C. Huddle,* and *House & Dyer,* for Appellants.

*Brown & Brown,* for Respondents.

PER CURIAM: The appeal herein was perfected April 9, 1913, the record having been settled March 1st, 1913. From the time of perfecting such appeal down to June 12, 1914, appellant failed to file any brief upon appeal or to take any steps relieving him from his default therein. Upon June 12, 1914, he procured an order to show cause why he should not be relieved from such default. Upon June 29th this court refused to excuse appellant's

default. The appeal herein will therefore be deemed abandoned and the judgment and order appealed from are affirmed.

SMITH, P. J., and McCOY, J., not sitting.